**Order entered August 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00063-CR

**ROBBIE WILLIAM LEE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. 2-12-287**

## ORDER

On the Court's own motion, we **ORDER** the appellant's brief received on August 5, 2013 filed as of the date of this order.

/s/     LANA MYERS
          JUSTICE